AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Tameika Lovell <br><br> *Plaintiff(s)* <br> v. <br> United States of America, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.  18 cv 1867 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  defendant United States of America
c/o United States Attorney's Office for the Eastern District of New York
271 Cadman Plaza East
Brooklyn, N.Y. 11201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Eric Sanders, Esq.
THE SANDERS FIRM, P.C.
30 Wall Street, 8th Floor
New York, N.Y. 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  3/28/2018

s/Priscilla Bowens

*Signature of Clerk or Deputy Clerk*

## SUMMONS RIDER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------x
TAMEIKA LOVELL

                                                     Plaintiff,

    -against-

UNITED STATES OF AMERICA; UNITED STATES CUSTOMS
AND BORDER PROTECTION; JOHN DOE 1, as Director, Field
Operations, United States Customs and Border Protection; JOHN
DOE 2, as Chief Officer, United States Customs and Border
Protection; JOHN DOE 3, as Supervisory Officer, United States
Customs and Border Protection; PARKER Shield No.: 24750, as
Officer, United States Customs and Border Protection and MUNOZ
Shield No.: 21455, as Officer, United States Customs and Border
Protection each sued individually and in their official capacities as
employees of Defendant UNITED STATE OF AMERICA and
UNITED STATES CUSTOMS AND BORDER PROTECTION

                                                  Defendants'
------------------------------------------------------------------------------------x

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18 cv 1867

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Tameika Lovell <br><br> *Plaintiff(s)* <br> v. <br> United States of America, et al. <br><br> *Defendant(s)* | Civil Action No. 18 cv 1867 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* defendant United States Customs and Border Protection
c/o United States Attorney's Office for the Eastern District of New York
271 Cadman Plaza East
Brooklyn, N.Y. 11201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric Sanders, Esq.
THE SANDERS FIRM, P.C.
30 Wall Street, 8th Floor
New York, N.Y. 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 3/28/2018          s/Priscilla Bowens
                         *Signature of Clerk or Deputy Clerk*

# SUMMONS RIDER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------------x
TAMEIKA LOVELL

                                                Plaintiff,

-against-

UNITED STATES OF AMERICA; UNITED STATES CUSTOMS
AND BORDER PROTECTION; JOHN DOE 1, as Director, Field
Operations, United States Customs and Border Protection; JOHN
DOE 2, as Chief Officer, United States Customs and Border
Protection; JOHN DOE 3, as Supervisory Officer, United States
Customs and Border Protection; PARKER Shield No.: 24750, as
Officer, United States Customs and Border Protection and MUNOZ
Shield No.: 21455, as Officer, United States Customs and Border
Protection each sued individually and in their official capacities as
employees of Defendant UNITED STATE OF AMERICA and
UNITED STATES CUSTOMS AND BORDER PROTECTION

                                                Defendants'
-------------------------------------------------------------------------------------x

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18 cv 1867

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Tameika Lovell <br><br> *Plaintiff(s)* <br> v. <br> United States of America, et al. <br><br> *Defendant(s)* | Civil Action No. 18 cv 1867 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   defendant Munoz Shield No.: 21455
United States Customs and Border Protection
John F. Kennedy Airport, Building No.: 77
Jamaica, N.Y. 11430

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric Sanders, Esq.
THE SANDERS FIRM, P.C.
30 Wall Street, 8th Floor
New York, N.Y. 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 3/28/2018                                         s/Priscilla Bowens
                                                        *Signature of Clerk or Deputy Clerk*

## SUMMONS RIDER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x
TAMEIKA LOVELL

                                                         Plaintiff,

    -against-

UNITED STATES OF AMERICA; UNITED STATES CUSTOMS
AND BORDER PROTECTION; JOHN DOE 1, as Director, Field
Operations, United States Customs and Border Protection; JOHN
DOE 2, as Chief Officer, United States Customs and Border
Protection; JOHN DOE 3, as Supervisory Officer, United States
Customs and Border Protection; PARKER Shield No.: 24750, as
Officer, United States Customs and Border Protection and MUNOZ
Shield No.: 21455, as Officer, United States Customs and Border
Protection each sued individually and in their official capacities as
employees of Defendant UNITED STATE OF AMERICA and
UNITED STATES CUSTOMS AND BORDER PROTECTION

                                                        Defendants'
-------------------------------------------------------------------------------x

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18 cv 1867

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                         *Server's signature*

                                         _____
                                         *Printed name and title*


                                         _____
                                         *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Tameika Lovell )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 18 cv 1867
United States of America, et al. )
)
)
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* defendant Parker Shield No.: 24750
United States Customs and Border Protection
John F. Kennedy Airport, Building No.: 77
Jamaica, N.Y. 11430

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Eric Sanders, Esq.
THE SANDERS FIRM, P.C.
30 Wall Street, 8th Floor
New York, N.Y. 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 3/28/2018     s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*

## SUMMONS RIDER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------x
TAMEIKA LOVELL

                                                                                                  Plaintiff,

      -against-

UNITED STATES OF AMERICA; UNITED STATES CUSTOMS
AND BORDER PROTECTION; JOHN DOE 1, as Director, Field
Operations, United States Customs and Border Protection; JOHN
DOE 2, as Chief Officer, United States Customs and Border
Protection; JOHN DOE 3, as Supervisory Officer, United States
Customs and Border Protection; PARKER Shield No.: 24750, as
Officer, United States Customs and Border Protection and MUNOZ
Shield No.: 21455, as Officer, United States Customs and Border
Protection each sued individually and in their official capacities as
employees of Defendant UNITED STATE OF AMERICA and
UNITED STATES CUSTOMS AND BORDER PROTECTION

                                                                                    Defendants'
------------------------------------------------------------------------------------x

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18 cv 1867

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: